# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA SCHWARTZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DURHAM SCHOOL SERVICES, L.P., a limited partnership; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO: 8:18-cv-00387-CJC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BROUGHT BY PLAINTIFF** |

The Court has considered the Parties' Joint Stipulation for Dismissal with Prejudice of all Claims Brought by Plaintiff filed by Plaintiff JOSHUA SCHWARTZ and Defendant DURHAM SCHOOL SERVICES, L.P. and hereby ORDERS the case dismissed with prejudice, with each party to bear its own respective attorneys' fees and costs.

All hearings on calendar, if any, are hereby vacated.

**IT IS SO ORDERED.**

DATED: March 22, 2019

_____
Hon. Cormac J. Carney
Judge of the United States District Court